IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GARLAND,

    Plaintiff,

v.          CASE NO. 4:11cv235-RH/WCS

HEALTH SERVICES DEPARTMENT,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 6  I have reviewed *de novo* the issues raised by the objections.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915(g)."  The clerk must close the file.

SO ORDERED on July 7, 2011.

                    s/Robert L. Hinkle
                    United States District Judge